UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

SHERYL WULTZ, et al.,

RIVKA MARTHA MORIAH, et al.,

         Plaintiffs,

    - against -

BANK OF CHINA LIMITED,

         Defendant.

------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/14

**ORDER**

11 Civ. 1266 (SAS)
12 Civ. 1594 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On June 19, 2014, the State of Israel moved for reconsideration of my June 18, 2014 Order denying its request for an order inviting the State Department to provide its input on the issue of immunity. Israel informs the Court that it made a formal request to the State Department for a Suggestion of Immunity on June 12, 2014. The motion for reconsideration is denied. Israel has known that plaintiffs intend to depose the foreign official for over a year. Plaintiffs served the subpoena at issue 9 months ago. Israel filed its motion to quash 7 months ago. While there are no formal limitations on a foreign state's time to request a Suggestion of Immunity, this Court is not required to make its decisions on a party's timeline.

1

These motions have been briefed since January 2014[1] and a decision need not be postponed further because of a delay of Israel's own making. The Court will decide the motions in a timely manner, applying the relevant law, without waiting for the State Department's input. The Court understands that the State Department may file a statement in response to Israel's request even in the absence of a court order. If and when the State Department issues such a statement, this Court will treat it in accordance with the Foreign Sovereign Immunities Act and controlling Supreme Court and D.C. Circuit case law.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
June 24, 2014

---

[1] After the motions were transferred to this Court, I granted plaintiffs' request for limited supplemental briefing which is scheduled to be completed on June 27, 2014.

## - Appearances -

### For *Wultz* Plaintiffs:

David Boies, Esq.
Lee S. Wolosky, Esq.
Steven I. Froot, Esq.
Marilyn C. Kunstler, Esq.
Jaime Sneider, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2350

### For *Moriah* Plaintiffs:

Robert Joseph Tolchin, Esq.
Aalok J. Karambelkar, Esq.
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201
(718) 855-3627

### For Defendant:

Mitchell R. Berger, Esq.
Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-5601

Lanier Saperstein, Esq.
William G. Primps, Esq.
Neil McDonell, Esq.
Eric Epstein, Esq.
Daniel Goldberger, Esq.
H. Alex Iliff, Esq.
Geoffrey Sant, Esq.
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9309

### For the State of Israel

Stewart D. Aaron, Esq.
John B. Bellinger, III, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
(212) 715-1399