# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL WULTZ, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF CHINA LIMITED, <br><br> Defendant. <br><br> RIVKA MARTHA MORIAH, et al., <br><br> Intervenors, <br><br> THE STATE OF ISRAEL, <br><br> Movant. | No. 11 Civ. 1266 (SAS) |

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiffs Sheryl Wultz, et al. and Intervenors Rikva Martha Moriah, et al., hereby jointly move for reconsideration of this Court's Opinion and Order entered on July 21, 2014 (Dkt. No. 572).

Dated: August 4, 2014

/s/ Lee S. Wolosky

BOIES, SCHILLER & FLEXNER LLP
David Boies
Mary Boies

1

Olav A. Haazen
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Lee S. Wolosky
Steven I. Froot
Marilyn C. Kunstler
575 Lexington Avenue
New York, New York 10022

Samuel C. Kaplan
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

*Attorneys for Plaintiffs*

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627

*Counsel for Intervenors*

Kenneth L. Wainstein
Cadwalader, Wickersham & Taft, LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
202-862-2200

Solomon B. Shinerock
One World Financial Center
New York, New York 10201
212-504-6000

*Counsel of record to the Intervenors as to state secrets and sovereign immunity issues*