UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

SHERYL WULTZ, et al.,

        Plaintiffs,

    - against -

BANK OF CHINA LIMITED,

        Defendant.

------------------------------------------------------------- X

RIVKA MARTHA MORIAH, et al.,

        Intervenors,

------------------------------------------------------------- X

THE STATE OF ISRAEL,

        Movant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/14

**ORDER**

14-mc-246 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The above-captioned case was transferred to this Court from the United States District Court for the District of Columbia and marked as related to *Wultz v. Bank of China*, 11-cv-1266. An Opinion and Order dated July 21, 2014 (Dkt. No. 9) resolved all pending motions. The Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      August 12, 2014
            New York, New York

## - Appearances -

**For Plaintiffs:**

David Boies, Esq.
Mary Boies, Esq.
Lee S. Wolosky, Esq.
Steven I. Froot, Esq.
Marilyn C. Kunstler, Esq.
Joseph W. Dunn, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2350

**For Intervenors:**

Robert Joseph Tolchin, Esq.
Aalok J. Karambelkar, Esq.
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201
(718) 855-3627

**For Defendant:**

Mitchell R. Berger, Esq.
Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-5601

Lanier Saperstein, Esq.
William G. Primps, Esq.
Neil McDonell, Esq.
Eric Epstein, Esq.
Daniel Goldberger, Esq.
H. Alex Iliff, Esq.
Geoffrey Sant, Esq.
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9309

**For the State of Israel**

Stewart D. Aaron, Esq.
John B. Bellinger, III, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
(212) 715-1399