UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL WULTZ, et al.,<br><br>                      Plaintiffs,<br><br>       -against-<br><br>BANK OF CHINA LIMITED,<br><br>                      Defendant,<br><br>RIVKA MARTHA MORIAH, et al.,<br><br>              Plaintiffs and Intervenors,<br><br>THE STATE OF ISREAL,<br><br>                      Movant. | No. 12 Civ. 1594 (SAS)<br>No. 14 mc 246 (SAS) |

## **DECLARATION OF SOLOMON B. SHINEROCK**

Pursuant to 28 U.S.C. § 1746, Solomon B. Shinerock hereby declares:

       1.    I am a member of the New York State bar in good standing and admitted to this Court.

       2.    I submit this declaration in support of my application to withdraw as one of the counsel for plaintiffs and intervenors Rivka Martha Moriah, *et al.*, in the captioned matters, and to be removed from the CM/ECF noticing list and any other service list in this case. Other current counsel of record for these parties will continue to represent them as counsel in this matter.

       3.    After January 9, 2015, I will no longer be affiliated with the law firm of Cadwalader Wickersham & Taft, LLP and will instead be an Assistant United States Attorney in the United States Attorneys Office for the Northern District of New York.

       4.    I am not asserting a retaining or charging lien in connection with this

matter.

    I, Solomon B. Shinerock, hereby declare and certify under the penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
            January 7, 2015

                                        CADWALADER WICKERSHAM & TAFT LLP

                                        By:     /s/ Solomon B. Shinerock
                                            Solomon B. Shinerock
                                            One World Financial Center
                                            New York, New York  10281
                                            Telephone:  (212) 504-6000
                                            Facsimile:  (212) 504-6666