UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
SHERYL WULTZ, *et al.*,

                    Plaintiffs,

         -against-

BANK OF CHINA LIMTED,

                  Defendant,

         -against-

RIVKA MARTHA MORIAH, *et al.*,

                  Intervenors,

         -against-

STATE OF ISRAEL,

                  Non-party movant.
-------------------------------------------------------------------- X

Docket No.:
14-mc-246 (SAS)

**NOTICE OF MOTION FOR INTERLOCUTORY CERTIFICATION PURSUANT TO 28 USC § 1929**

C O U N S E L :

      PLEASE TAKE NOTICE that upon the annexed memorandum of law, dated February 25, 2015; the exhibits annexed thereto; and upon the pleadings and proceedings heretofore had herein, the intervenors will move this Court, at the Courthouse located at 500 Pearl Street, New York, New York, 10007, at a date and time to be fixed by the Court, for an order:

      a)      CERTIFYING in a written order, pursuant 28 U.S.C. § 1292(b), that this Court's prior Orders of July 21, 2014 (DE 9), August 7, 2014 (DE 11), and August 12, 2014 (DE 12), involve a controlling question or questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the orders may materially advance the ultimate termination of the litigation; and

-2-

     b)    GRANTING such other and further relief as is just and proper under the circumstances.

Dated: Brooklyn, New York
       February 25, 2105

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
Attorneys for the Plaintiff

by: _____
    Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

cc: all counsel of record via ECF